IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00087-EWN-CBS

ROBERT D. GANDY,
    Plaintiff,
v.

JOE ORTIZ, Director,
GARY WATKINS, Superintendent,
TREVOR WILLIAMS, Major,
LT. ADELMAN, and
DR. KATHERINE CHITTENDEN,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Gandy's "Petition to Order Clerk to Provide Subpoenas" (filed December 7, 2005) (doc. # 63).  Pursuant to the General Order of Reference dated April 5, 2005 and the memorandum dated December 9, 2005 (doc. # 64), the motion was referred to the Magistrate Judge.  The court has reviewed the pending motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    The Clerk of the Court may not issue blank subpoenas to *pro se* prisoner litigants.  The Clerk of the Court may issue subpoenas pursuant to an order of the court.  The court will not order the issuance of subpoenas without more specific information from Gandy, such as the precise documents that Gandy seeks and the names and addresses of the non-parties in possession of the documents Gandy seeks.

Accordingly, IT IS ORDERED that Gandy's "Petition to Order Clerk to Provide Subpoenas" (filed December 7, 2005) (doc. # 63) is DENIED at this time.

DATED at Denver, Colorado, this 13th day of December, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge