IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00087–EWN–CBS

ROBERT D. GANDY,

    Plaintiff,

v.

JOE ORTIZ, Director,
GARY WATKINS, Superintendent,
TREVOR WILLIAMS, Major,
LT. ADELMAN, and
DR. KATHRINE CHITTENDEN,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the court on the "Joint Stipulated Motion to Dismiss" filed January 23, 2006. The court having read the stipulated motion filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 24th day of January, 2006.

                                          BY THE COURT:

                                          s/ Edward W. Nottingham
                                          EDWARD W. NOTTINGHAM
                                          United States District Judge